# AFFIDAVIT

The undersigned Special Agent hereby makes oath before the Honorable Robert B. Collings, United States Magistrate Judge, District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of the United States Marshals Service and Bureau of Immigration and Customs Enforcement, I am advised that there is presently a Warrant For Arrest of one **RAIMUNDO RODRIGUEZ-GONZALEZ, also known as ORLANDO VAZQUEZ, also known as LUIS CURET,** in the Southern District of New York in connection with a Complaint charging violation Illegal Reentry After Commission of An Aggravated Felony in violation of 8, United States Code, Section 1326(a) and (b)(2), and does hereby make oath that this Warrant is outstanding in said District as set forth in the attached copy of said Warrant.

AARON J. ARNFELD
Special Agent
Diplomatic Security Service
United States Department of State

NOV 21 2003

Subscribed and sworn to before me this ___ day of November, 2003.

ROBERT B. COLLINGS
United States Magistrate Judge
District of Massachusetts

**ATTACHMENTS TO RULE 40 AFFIDAVIT**

**INDEX**

1. Arrest Warrant re: Raimundo Rodriquez-Gonzalez
   Southern District of New York
   January 3, 2001

2. Complaint re: Raimundo Rodriguez-Gonzalez
   Southern District of New York
   January 3, 2001

3. Removal Document re: Raimundo Rodriguez-Gonzalez
   Immigration and Naturalization Service
   April 27, 1999

4. New York City Booking Photo re: Luis Curet
   Charges: Menacing and Weapon Possession
   July 1, 2000

5. Immigration and Naturalization Service Booking Photo
   July 1, 2000

6. Massachusetts Identification Document re: Orlando Vasquez
   September 9, 2002

7. Department of State Form DS-11, Application for U.S.
   Passport re: Orlando Vasquez
   April 11, 2003

CR 12 (Rev. 3/82)                    WARRANT FOR ARREST

| *United States District Court* | DISTRICT | SOUTHERN DISTRICT OF NEW YORK |
|---|---|---|
| UNITED STATES OF AMERICA<br>V.<br>RAIMUNDO RODRIGUEZ-GONZALEZ | DOCKET NO.<br>01 MAG. 0004 | MAG'S CASE NO. |
| WARRANT ISSUED ON THE BASIS OF:<br>☐ Order of Court<br>☐ Indictment  ☐ Information  ☒ Complaint | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>RAIMUNDO RODRIGUEZ-GONZALEZ | |
| TO:<br>UNITED STATES MARSHAL OR ANY<br>OTHER AUTHORIZED OFFICER | DISTRICT OF ARREST<br><br>CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person
before the nearest available magistrate to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Illegal re-entry after commission of an aggravated felony.

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>8 | SECTION<br>1326(a) and (b)(2) |
|---|---|---|
| BAIL FIXED BY COURT | OTHER CONDITIONS OF RELEASE | |
| ORDERED BY<br>HONORABLE FRANK MAAS, U.S.M.J. | SIGNATURE (JUDGE/MAGISTRATE)<br>s/ Frank Maas | DATE<br>JAN 05 2004 |
| CLERK OF COURT<br>JAMES M. PARKINSON | (BY) DEPUTY CLERK | DATE ISSUED |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |

United States Judge or Judge of a State Court of Record

Approved: _____
ROBIN A. LINSENMAYER
Assistant United States Attorney

Before:  HONORABLE FRANK MAAS
         United States Magistrate Judge
         Southern District of New York

01 MAG.  0004

- - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA        :  COMPLAINT

         - v. -                 :  Violation of
                                   8 U.S.C. § 1326(a) and (b)(2)
RAIMUNDO RODRIGUEZ-GONZALEZ,    :
     a/k/a "Luis Curet"
                                :  COUNTY OF OFFENSE:
         Defendant.                NEW YORK
                                :

- - - - - - - - - - - - - - - -x

SOUTHERN DISTRICT OF NEW YORK, ss.:

JOSEPH Q. ANDREWS, being duly sworn, deposes and says that he is a Special Agent of the United States Immigration and Naturalization Service, and charges as follows:

On or about July 1, 2000 and continuously to the present, in the Southern District of New York and elsewhere, RAIMUNDO RODRIGUEZ-GONZALEZ, the defendant, after having been arrested and deported from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction in the State Supreme Court, New York County, on or about October 31, 1991, for attempted criminal sale of a controlled substance in the Fifth Degree, did enter, attempt to enter, and was found in the United States, without having obtained the permission of the Attorney General of the United States to re-enter the United States.

(Title 8, United States Code, Section 1326(a) and (b)(2).)

The bases for my knowledge and for the foregoing charges are, in part, as follows:

1. I am a Special Agent of the United States Immigration and Naturalization Service ("INS"). I have investigated the above-captioned case and have spoken with other federal agents, law enforcement officers, and witnesses. Because this affidavit is

being submitted for a limited purpose, I have not included details of every aspect of this investigation. Where conversations or statements are related herein, they are related in substance and in part.

    2. I have reviewed official records of the United States Department of Justice Immigration and Naturalization Service, which document, in part, that:

    a. On or about October 31, 1991, in the State Supreme Court, New York County, RAIMUNDO RODRIGUEZ-GONZALEZ, the defendant, was convicted of attempted criminal sale of a controlled substance in the Fifth Degree, an aggravated felony. He was subsequently sentenced to a term of imprisonment of 18 to 36 months;

    b. On or about July 6, 1993, RAIMUNDO RODRIGUEZ-GONZALEZ, the defendant, was released on parole into INS custody, and deportation proceedings against him were commenced;

    c. On or about April 29, 1999, RAIMUNDO RODRIGUEZ-GONZALEZ, the defendant, was lawfully deported from the United States to the Dominican Republic for violation of Section 241(A)(2) of the Immigration and Nationality Act;

    d. On or about July 1, 2000, an individual claiming to be "Luis Curet" was placed under arrest in New York County, New York and charged with criminal possession of a weapon in the second degree;

    3. On or about December 19, 2000, I reviewed a memorandum produced by another Special Agent of the INS ("Second Special Agent"). The memorandum indicated that the Second Special Agent conducted a comparison of the following three sets of fingerprints: (1) single fingerprint impression on the March 30, 1999 warrant of deportation of RAIMUNDO RODRIGUEZ-GONZALEZ, the defendant; (2) Immigration and Naturalization Service fingerprint impressions of RODRIGUEZ-GONZALEZ dated January 5, 1999; (3) New York Police Department fingerprint card from the July 1, 2000 arrest of the individual purporting to be "Luis Curet." The memorandum indicated that the three sets of fingerprints belonged to one and the same individual;

    4. On or about December 6, 2000, I reviewed a document entitled "Certification of Non-Existence of Record." This document indicated that between approximately November 21, 2000 and approximately December 5, 2000, the United States Immigration and Naturalization Service, Records Management Branch, reviewed all

2

appropriate files and thereby determined that as of approximately December 5, 2000, RAIMUNDO RODRIGUEZ-GONZALEZ, the defendant, had not sought or received permission to re-enter the United States following his deportation.

WHEREFORE, deponent prays that a warrant be issued for the arrest of the above-named defendant and that he be arrested and imprisoned or bailed, as the case may be.

_____
JOSEPH Q. ANDREWS
SPECIAL AGENT
IMMIGRATION AND NATURALIZATION SERVICE

Sworn to before me this
___ day of January, 2001.

_____     JAN 0 5 2001
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

**FRANK MAAS**
United States Magistrate Judge
Southern District of New York

3

To be completed by the officer executing the warrant.
Name of alien being removed: RODRIGUEZ, Raimundo            # A37310392

Port, date, and manner of removal: JFK TWA#754  4/29/89

Photograph of alien
removed

Right index fingerprint
of alien removed

X _____
(Signature of alien being fingerprinted)

_____
(Signature and title of INS official taking print)



# NEW YORK CITY POLICE DEPARTMENT

## Mugshot Pedigree



| | |
|---|---|
| NAME: | CURET LUIS |
| NYSID#: | 5411593P |
| Arrest #: | M00065645 |
| Arrest Date#: | 07-01-2000 |
| Top Charge: | PL 1201401: MENACING-2ND:WEAPON |
| Date of Birth: | 08-30-1958 |
| Age at Offense: | 41 |
| Social Security #: | 584069247 |
| PCT of Arrest: | 025 PRECINCT |
| Source: | LIVE |

### PHYSICAL DESCRIPTION

| | |
|---|---|
| Race: | WHITE HISPANIC |
| SEX: | MALE |
| Height: | 506 |
| Weight: | 180 |
| Hair Length: | SHORT |
| HAIR COLOR | BLACK |
| Hair Type: | CURLY |
| Complexion: | CLEAR |
| Eye Color: | BROWN |



Scars, Marks Tattoos:
Desc:
Location:
Bodyside:

| | |
|---|---|
| Alias 1: | RAYMOND RODRIQUEZ |
| Alias 2: | RAY |
| Alias 3: | LUIS CURET |
| Alias 4: | RAYMUNDO RODRIQUEZ |

http://172.25.69.81/webuniversal/WebUniversalRetrieve.ASP?WCI=UniversalPrtHTML&W...   11/8/03

# INS

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
4748

## MUGSHOT PROFILE

NAME:                    CURET          LUIS

PHOTO#:                  983834
FBI NUMBER:
MARSHAL#:
ARREST#:                 M203055643
NYSID#:                  8411593P
ARREST DATE:             07/03/00
TOP CHARGE:              PL 265.03.00
DATE OF BIRTH:           08/30/58
PLACE OF BIRTH:          PUERTO RICO
SOCIAL SECURITY#:        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
PCT OF ARREST:
CHARGE DESCRIPTION:      400 WEAPON
AKA/NICKNAME:
S/M/T 1:    1 SCARS      1 FACE



### PHYSICAL DESCRIPTION

RACE:            WHITE HISPANIC
SEX:             MALE
HEIGHT:          5'06"
WEIGHT:          189
HAIR LENGTH:     SHORT
HAIR COLOR:      BLACK
HAIR TYPE:       CURLY/WAVY
EYE COLOR:       BROWN

ADDRESS:         3308  UNIVERSITY A
                 BRONX
                 NY NEW YORK

CONFIDENTIAL FOR LAW ENFORCEMENT USE ONLY

| 10-02-1956 | M | 5'07" | 584767992 | 584767992 |
|---|---|---|---|---|
| Date of Birth | Sex | Height | Number | Social Security Number |



*[signature]*   09-09-2002 Image Date:   08-28-2003 Printing Date

**ORLANDO VAZQUES**

Mailing Address:
319 LOWELL STREET
APT 2
LAWRENCE, MA 01841-4307

Residential Address:
319 LOWELL STREET
APT 2
LAWRENCE, MA 01841-4307

# U.S. Department of State
## APPLICATION FOR U.S. PASSPORT / REGISTRATION
*(Type or print all capital letters in black ink in white areas only)*

**1. NAME (First and Middle):** ORLANDO
**LAST:** VAZQUEZ

**2. MAIL PASSPORT TO: STREET / RFD # OR P.O. BOX:** 319 LOWELL ST.
**APT. #:**
**CITY:** LAWRENCE
**STATE:** MA
**ZIP CODE:** 01841
**COUNTRY / IN CARE OF:** USA

Barcode: 104173504

☐ 5 Yr.  ☒ 10 Yr.  Issue Date ___
☒ R  ☐ D  ☐ O  ☐ DP
End. # ___  Exp. ___

**3. SEX:** ☒ M  ☐ F
**4. PLACE OF BIRTH:** BAYAMON, PUERTO RICO
**5. DATE OF BIRTH:** 10/02/1956
**6. SOCIAL SECURITY NUMBER:** 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

**7. HEIGHT:** 5' 7"
**8. HAIR COLOR:** BROWN
**9. EYE COLOR:** BROWN
**10. HOME TELEPHONE:** (978) 689-7205
**11. BUSINESS TELEPHONE:** (978) 682-7500
**12. OCCUPATION:** MAINTENANCE

**13. PERMANENT ADDRESS:** SAME AS ABOVE

**14. FATHER'S FULL NAME:** VAZQUEZ, EFRAIN — **BIRTHPLACE:** PTO. RICO — **BIRTHDATE:** UNKNOWN — **U.S. CITIZEN:** ☒ Yes ☐ No

**15. MOTHER'S FULL MAIDEN NAME:** VAZQUEZ, MARGARITA — **BIRTHPLACE:** PTO. RICO — **BIRTHDATE:** UNKNOWN — **U.S. CITIZEN:** ☒ Yes ☐ No

**16. HAVE YOU EVER BEEN MARRIED:** ☒ Yes ☐ No
**SPOUSE'S OR FORMER SPOUSE'S FULL NAME AT BIRTH:** CALCAÑOS, ADALGISA
**BIRTHPLACE:** DOMINICAN REPUBLIC
**BIRTHDATE:** 9/18/74
**U.S. CITIZEN:** ☒ Yes ☐ No

**DATE OF MOST RECENT MARRIAGE:** 05/21/2002
**WIDOWED/DIVORCED:** ☐ Yes ☒ No

**17. OTHER NAMES YOU HAVE USED:** (1) NONE  (2)

**18. HAVE YOU EVER BEEN ISSUED A U.S. PASSPORT?** ☐ Yes ☒ No

**19. EMERGENCY CONTACT:**
NAME: ADALGISA VAZQUEZ
STREET: 319 LOWELL STREET
CITY: LAWRENCE  STATE: MA  ZIP CODE: 01841  TELEPHONE: (978) 689-7205

**20. TRAVEL PLANS:** Date of Trip: 06/02/2003

**21. STOP.** DO NOT SIGN APPLICATION UNTIL REQUESTED TO DO SO BY PERSON ADMINISTERING OATH. I have not, since acquiring United States citizenship, performed any of the acts listed under "Acts or Conditions" on the reverse of this application form (unless explanatory statement is attached). I solemnly swear (or affirm) that the statements made on this application are true and the photograph attached is a true likeness of me.

X /s/ Orlando Vazquez — Applicant's Signature - age 14 or older

**22. FOR ACCEPTANCE AGENT'S USE**
Subscribed and sworn to (affirmed) before me: 04/11/2003
/s/ Dorman (Signature of person authorized to accept application)
☒ Clerk of Court, Location: LAWRENCE MA 01841
☐ Passport Agent
☐ Postal Employee
☐ (Vice) Consul USA

**23a. Applicant's Identifying Documents:**
☐ Driver's License  ☐ Passport  ☒ Other (Specify): MA-Id / SS CARD
Name: ORLANDO VAZQUEZ  ID No.: 584767992

**24. FOR ISSUING OFFICE USE ONLY:**
☒ Birth Certificate  ☐ SR  ☐ CR  ☒ City (Filed/Issued): 10-56/3-03
☐ Passport Bearer's Name
☐ Report of Birth
☐ Naturalization/Citizenship Cert. No.
☐ Other
☒ Seen & Returned
☐ Attached

**25. FEE:** $55  EXEC ___  EF ___  OTHER ___

DS-11  OMB No. 1405-0004 Expires: 03/31/2005 Estimated Burden - 20 Minutes  Page 3 of 4