# UNITED STATES DISTRICT COURT

District of      MASSACHUSETTS

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER DISTRICT |
|---|---|
| V. | |

RAIMUNDO RODRIGUEZ GONZALEZ

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | 2003M0473RBC | 01MAG0004 |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN

[ ] Indictment    [ ] Information    [XX] Complaint    [ ] Other (specify)

charging a violation of      8      U.S.C. §    1326(a)

DISTRICT OF OFFENSE

Southern District of New York

DESCRIPTION OF CHARGES:

Illegal Reentry after deportation

CURRENT BOND STATUS:

[ ]   Bail Fixed at                     and conditions were not met
[ ]   Government moved for detention and defendant detained after hearing in District of Arrest
[XX]  Government moved for detention and defendant detained pending detention hearing in District of Offense
[ ]   Other (specify)

Representation:      Federal Defender

Interpreter Required?       [ ] No    [✓] Yes    Language:  Spanish

DISTRICT OF  Massachusetts

## TO:  THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

NOV 2 4 2003
Date

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court    United States District Judge or Magistrate Judge
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 6420
Boston, Massachusetts 02210

RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |