

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MASSACHUSETTS 02210

TONY ANASTAS
CLERK OF COURT

GINA P. AFFSA, ESQ.
DEPUTY CLERK TO THE
HONORABLE ROBERT B. COLLINGS, MJ
Direct: 617-748-9233

December 15, 2003

United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
Attn: Deputy Clerk to Magistrate Judge Frank Maas
500 Pearl Street, Room 740
New York, New York 10007-1312

Re:   *United States v. Raimundo Rodriguez-Gonzalez*
      01MAG0004 (S.D.N.Y.)
      Magistrate Judge #03mj0473 RBC (D. Massachusetts)

Dear Sir/Madam:

The defendant, Raimundo Rodriguez-Gonzalez, was ordered removed on November 24, 2003. An Order has issued directing the Marshal to deliver the defendant to your District. The defendant has waived his right to detention and probable cause hearings in this district and requests that same be held in your district

Enclosed is a certified copy of our docket and all original papers in the case from the District of Massachusetts. Kindly docket these papers in your District and forward them to the appropriate personnel.

We have closed our file; thank you for your attention in this matter.

Very truly yours,

S/
Gina P. Affsa
Deputy Clerk

Enclosures
Certified Mail/ Return Receipt Requested